IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) Cases No. 3:10-00074, 3:12-00121, 3:12-00224
) Chief Judge William J. Haynes, Jr.
JONATHAN BAXTER )

## MOTION TO RESCHEDULE SENTENCING HEARING

*ORDER*
*This motion is GRANTED*
*Hearing of July 22 is reset by separate Order Sumter L. Camp 7-11-13*

Jonathan Baxter, through undersigned counsel, moves to reschedule the

sentencing hearing in this matter currently scheduled for July 22, 2013. In support of

this motion counsel would state and show that prior to setting this matter for July 22,

2013, counsel had not conferred with Mr. Baxter's mother, Kathryn Corcoran, to make

sure that she was available on this date as Mr. Baxter wants her at his hearing, and she

desires to be present as well. Counsel has discussed the requested continuance with

Assistant United States Attorney William L. Deneke who advises that he has no

objection to the requested continuance. Ms. Corcoran advises that she is undergoing a

medical procedure in August that will make her unavailable that month. Counsel

therefore moves the Court to re-set this matter for Friday, September 6, 2013.

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047